NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**META PLATFORMS, INC.,**
*Appellant*

**v.**

**ALMONDNET, INC., INTENT IQ, LLC,**
*Appellees*

———————————

2025-1638

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-01281, IPR2024-00666, and IPR2024-00701.

--------------------------------------------------

**META PLATFORMS, INC., SAMSUNG ELECTRONICS CO., LTD.,**
*Appellants*

**v.**

**ALMONDNET, INC., INTENT IQ, LLC,**
*Appellees*

———————————

2025-1662

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-01281, IPR2024-00666, and IPR2024-00701 .

---

**ON MOTION**

---

## CORRECTED ORDER

Samsung Electronics Co., Ltd. moves without opposition to withdraw from these appeals, ECF No. 16. Meta Platforms, Inc. responds to this court's July 16, 2025 order, stating that, in light of Samsung's motion, Appeal No. 2025-1662 is "unnecessary and may be dismissed." ECF No. 19 at 2. AlmondNet, Inc. and Intent IQ, LLC (collectively, "AlmondNet") move without opposition for an extension of time until October 27, 2025 to submit their response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Samsung's motion is granted to the extent that Samsung is removed from Appeal No. 2025-1638.

(2) Appeal No. 2025-1662 is dismissed. The revised official caption for Appeal No. 2025-1638 is reflected in this order.

(3) Each party shall bear its own costs as to Appeal No. 2025-1662.

(4) AlmondNet's motion for an extension of time is granted.

META PLATFORMS, INC. v. ALMONDNET, INC.                                          3

(5)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2025-1638.

FOR THE COURT



September 3, 2025
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2025-1662 only): September 3, 2025